Same case below, 401 Fed. Appx. 457.

No. 10-1134. Andrew Chien, Petitioner v. Skystar Bio Pharmaceutical Company, et al.

563 U.S. 988, 131 S. Ct. 2455, 179 L. Ed. 2d 1211, 2011 U.S. LEXIS 3661.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 378 Fed. Appx. 109.

No. 10-1135. Bernard Scarborough, Petitioner v. Dillard's, Inc., fka Dillard Department Stores, Inc.

563 U.S. 988, 131 S. Ct. 2456, 179 L. Ed. 2d 1211, 2011 U.S. LEXIS 3769.

May 16, 2011. Petition for writ of certiorari to the Supreme Court of North Carolina denied.

Same case below, 363 N.C. 715, 693 S.E.2d 640.

No. 10-1136. Jonathan Lopez, Petitioner v. Kelly G. Candaele, et al.

563 U.S. 989, 131 S. Ct. 2456, 179 L. Ed. 2d 1211, 2011 U.S. LEXIS 3658.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 630 F.3d 775.

No. 10-1140. Austine R. Fink, Petitioner v. James E. Richmond, et al.

563 U.S. 989, 131 S. Ct. 2456, 179 L. Ed. 2d 1211, 2011 U.S. LEXIS 3773.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 405 Fed. Appx. 719.

No. 10-1141. Betty Hixson, on Behalf of Dempsey Hixson, et al., Petitioners v. Gary A. Steinberg, Acting Director, Office of Workers' Compensation Programs, et al.

563 U.S. 989, 131 S. Ct. 2456, 179 L. Ed. 2d 1211, 2011 U.S. LEXIS 3770.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 401 Fed. Appx. 639.

No. 10-1151. CRV Enterprises, Inc., et al., Petitioners v. United States.

563 U.S. 989, 131 S. Ct. 2459, 179 L. Ed. 2d 1211, 2011 U.S. LEXIS 3742.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 626 F.3d 1241.

No. 10-1152. Karen Waeschle, Individually and on Behalf of All Others Similarly Situated, Petitioner v. Oakland County Medical Examiner, et al.

563 U.S. 989, 131 S. Ct. 2459, 179 L. Ed. 2d 1211, 2011 U.S. LEXIS 3659.

May 16, 2011. Petition for writ of certiorari to the Supreme Court of Michigan denied.

Same case below, 488 Mich. 1, 793 N.W.2d 560.

No. 10-1153. David Aaron Tenenbaum, et ux., Petitioners v. John Ashcroft, et al.

563 U.S. 989, 131 S. Ct. 2459, 179 L. Ed. 2d 1211, 2011 U.S. LEXIS 3759.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 407 Fed. Appx. 4.